UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIO RAMOS BRAMBILA, ) | CASE NO. CV 12-10660-DMG (PJW) |
| ) Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| MATTHEW CATE, ) | |
| ) Respondent. ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    January 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA12CV10660DMG(PJW)_Brambila_Judgment.wpd